UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DORA CASTEHADA,<br><br>    Defendant. | NO. NO. CR-09-2089-RHW-4<br><br>ORDER DENYING MODIFICATION OF RELEASE CONDITIONS AND GRANTING MOTION TO EXPEDITE |

On October 19, 2009, this court held a bail review hearing. James Goeke appeared for the government and the defendant was present with counsel James Becker.

The defendant moved for an expedited bail review hearing which the court granted. **(Ct. Rec. 70)**

The defendant moved to modify the conditions of release stating there has been a change in circumstances.

The Court heard argument from counsel.

Based upon the information from the initial bail hearing and argument of counsel, the court does not find there has been a change in circumstance and adheres to the previous Order Setting Conditions of Release dated September 30, 2009.

The defendant's motion for modification of release conditions is denied. **(Ct Rec. 69)**

**IT IS SO ORDERED.**

DATED this 20th day of October, 2009.

                                          s/James P. Hutton
                                          JAMES P. HUTTON
                              United States Magistrate Judge

ORDER DENYING MODIFICATION OF RELEASE CONDITIONS
AND GRANTING MOTION TO EXPEDITE